USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/28/2020

*MARTIN F. CASEY*\*
*GREGORY G. BARNETT*\*\*
*CHRISTOPHER M. SCHIERLOH*
*JAMES P. KRAUZLIS*\*

\* *Admitted in NY and NJ*
\*\* *Admitted in NY, NJ, La and Oh*

**CASEY & BARNETT, LLC**
ATTORNEYS AT LAW
305 Broadway, Ste 1202
New York, New York 10007
*Telephone: (212) 286-0225*
*Facsimile: (212) 286-0261*
*Web: www.caseybarnett.com*

*NEW JERSEY OFFICE*
*Casey & Barnett, LLP*
154 South Livingston Ave, Ste 106
Livingston, New Jersey 07039

**mfc@caseybarnett.com**
**Direct: 646-362-8919**

January 27, 2020

*Via ECF*

Honorable Lorna G. Schoefield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re:  ***Wolfes & von Etzdorf Assecuranzburea OHG, et al.***
      ***v. MSC Mediterranean Shipping Co. S.A.***
      20 cv 00504 (LGS)
      Our Ref: 289-149

Dear Honorable Judge:

We represent the plaintiff in the referenced matter. We note that the Court has scheduled the initial Rule 16 Conference for March 12, 2020 at 10:40 am pursuant to the Court's Order dated January 24, 2020.

The undersigned will be out of the office the week of March 9, 2020. Counsel for defendant has not yet appeared in this matter. In accordance with the foregoing, we respectfully request that the initial conference be scheduled to a later date.

      Respectfully submitted,
      **CASEY & BARNETT, LLC**

      *Martin Casey*
      Martin F. Casey

MFC:cs

Application GRANTED. The initial pretrial conference, scheduled for March 12, 2020, is adjourned to March 19, 2020, at 10:40 a.m.

Dated: January 28, 2020
   New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**