```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/16/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
WOLFES & VON ETZDORF                                          :
ASSECURANZBUREAU OHG,                                         :
                                        Plaintiff,            :  20 Civ. 0504 (LGS)
                                                              :
               -against-                                      :  ORDER
                                                              :
MSC MEDITERRANEAN SHIPPING CO S.A.,                           :
                                        Defendant.            :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for March 19, 2020;

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan; it is hereby

**ORDERED** that the March 19, 2020, initial pretrial conference is **CANCELLED**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

**ORDERED** that, if Defendant seeks to file a motion to dismiss, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2. It is further

**ORDERED**, regarding settlement discussions, if and when the parties are ready to proceed with a settlement conference with the assigned Magistrate Judge or mediation in the Court's mediation program, they shall file a joint letter on ECF requesting a referral.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: March 16, 2020
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**